NAHUM SULLIVAN et al., Appellants, *v.* SIMON BARENTS
et al., Respondents.

(Argued April,22, 1879; decided May 20, 1879.)

*Edward P. Wilder* for appellants.

*J. H. V. Arnold* for respondents.

AGREE to affirm without opinion.
All concur.
Order affirmed.

---

WALTER L. LIVINGSTON, as Appointee, etc., Respondent,
*v.* WILLIAM SLOCUM, Impleaded, etc., Appellant.

(Argued April 22, 1879; decided May 20, 1879.)

*Samuel Hand* for appellant.

*William B. French* for respondent.

*Per Curiam* opinion for modification, by deducting $445
interest from the judgment for deficiency, and by striking out
costs of appeal to General Term and as modified, affirmed.
All concur.
Judgment accordingly.

---

THE PEOPLE ex rel. GEORGE W. DILKS, Respondent, *v.*
WILLIAM F. SMITH et al., as Police Commissioners, etc.,
Appellants.

THE PEOPLE ex rel. JAMES CARROLL, Respondent, *v.* THE
SAME, Appellants.

ARGUED and decided with *People ex rel. Walsh* v. *Smith*
(*ante*, p. 347).